## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICKEY WHITE, | ) |
| | ) |
|          Petitioner, | ) |
| | ) |
| v. | )      No. CIV-23-156-R |
| | ) |
| OKLAHOMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|          Respondents. | ) |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2241, which the undersigned referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. In conjunction with this § 2241 Petitioner sought leave to proceed *in forma pauperis* (Doc. Nos. 2 and 7). On March 7, 2012, Judge Mitchell issued a Report and Recommendation wherein she recommended that Petitioner's *in forma pauperis* request be denied. (Doc. No. 8). On March 17, 2023, Petitioner filed an Objection to the Report and Recommendation (Doc. No. 9). Therein he argues that the Court failed to forward a copy of its Order to the trust fund officer at his facility so that the money could be paid to the Court. He contends it is not his fault that the $5.00 has not been tendered to the Court and that he has submitted a disbursement. The Court hereby ADOPTS the Report and Recommendation in the absence of any objection by Petitioner to the finding that he is capable of paying the $5.00 filing fee. Additionally, the Court will grant Petitioner until April 20, 2023, to tender the filing fee, which should be done via his request to the trust officer. The Court typically

provides an order to the facility only when partial payments are to be tendered from an inmate's account. Here only a single disbursement is anticipated and therefore no payments directly from the facility without action by Petitioner are expected. If the trust officer fails to tender payment on Petitioner's behalf within the time limits prescribed herein Petitioner may advise the Court and provide proof of his request for disbursement at which time the Court will take the appropriate steps necessary to aid Petitioner in fulfilling his financial obligation.

**IT IS SO ORDERED** this 20th day of March 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE